IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr212-MHT-1 |
| | ) | (WO) |
| | ) | |
| DEQUERIUS DEVANTE MURPHY | ) | |

ORDER REGARDING COMPETENCY EVALUATION AND HEARING

Pending before the court are defendant Dequerius D. Murphy's motion for a competency hearing (Doc. 29) and the government's oral motion for an additional competency evaluation at a Federal Bureau of Prisons (BOP) facility (Doc. 39), made during the status conference on October 29, 2026. Defense counsel has asked for one-month delay on the hearing to complete a full competency evaluation.

Accordingly, it is ORDERED that:

(1) Both motions are set for an in-person hearing on November 30, 2026, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Defendant Murphy shall attend the hearing.

**(2) By November 23, 2026, the parties are to file briefs discussing whether the government's competency evaluation should take place locally or whether this court should commit Murphy to the BOP for an additional competency evaluation and, if so, what findings are required to commit him. *See, e.g., United States v. Mock*, No. 2:12cr104-MHT, 2014 WL 1491198, at *3 (M.D. Ala. Apr. 15, 2014) (Thompson, J.) (due process requires the government to offer evidence to establish the presence of compelling governmental interests which would require the defendant's competency evaluation to be conducted pursuant to a custodial commitment at a BOP facility, rather than on an outpatient basis); *United States v. Mosley*, 277 F. Supp. 3d 1294, 1299-300 (M.D. Ala. 2017) (Thompson, J) (when a defendant is currently incarcerated, due process concerns may nonetheless be implicated by the decision to transfer him to BOP for competency evaluation, rather than ordering a local, non-custodial evaluation). The parties, of course,**

should not rely just on these two cases, but do their own research as well.

DONE, this the 2nd day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE