IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr212-MHT-1 |
| | ) | (WO) |
| | ) | |
| DEQUERIUS DEVANTE MURPHY | ) | |

ORDER REGARDING DETENTION

Pending before the court is defendant Dequerius D. Murphy's motion to reopen detention (Doc. 35). The court agrees with the parties that, to fully evaluate Murphy's argument that he operates at a significantly diminished capacity and was thus not competent to enter his plea, a complete competency evaluation and more definitive diagnosis of intellectual disability than are currently in the record are needed.

It is ORDERED that:

(1) The motion to reopen detention (Doc. 35) is set for the in-person hearing already scheduled for November 30, 2026, at 9:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church

Street, Montgomery, Alabama. Defendant Murphy shall attend the hearing.

(2) By November 23, 2026, the parties are to file briefs addressing both whether the court should reopen detention and, if so, whether Murphy should be released pending sentencing pursuant to 18 U.S.C. § 3143(a)(2) or any other statutory provision.

The Order Regarding Competency Evaluation and Hearing (Doc. 42) is vacated.

DONE, this the 4th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE